■ EMIGRANT MORTGAGE COMPANY, INC., Appellant, v PIERRE LOUIS THEVENIN et al., Respondents. [4 NYS3d 920]—In an action to foreclose a mortgage, the plaintiff appeals from an order of the Supreme Court, Kings County (Jacobson, J.), dated March 25, 2014, which denied its motion for leave to reargue its motion, inter alia, for an order of reference, which had been denied in an order of the same court dated February 8, 2012.

Ordered that the appeal is dismissed, without costs or disbursements.

This appeal must be dismissed, as no appeal lies from an order denying reargument (see *Basile v Wiggs*, 117 AD3d 766, 766 [2014]; *Naso v Naso*, 102 AD3d 755, 756 [2013]). Balkin, J.P., Roman, Sgroi and LaSalle, JJ., concur.